**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

INMAR BRAND SOLUTIONS, INC.,

       Plaintiffs,

   v.

BIRDZI INC.,

       Defendant.

C.A. No. 26-0052-JFM

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

     Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission

*pro hac vice* of Ryan R. Smith of WILSON SONSINI GOODRICH & ROSATI to represent

Defendant Birdzi Inc. in the above-captioned matter.

Dated: May 21, 2026

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Birdzi Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Ryan R. Smith is GRANTED.

Dated:  May 21, 2026

_____
Honorable John F. Murphy
United States District Judge