IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INMAR BRAND SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-52-JFM |
| | ) | |
| BIRDZI INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATED ORDER

WHEREAS Plaintiff Inmar Brand Solutions, Inc. and Defendant Birdzi Inc. (collectively, the "Parties") are in discussions to resolve this case;

WHEREAS, the Parties believe a settlement agreement is most likely if they devote their focus on those efforts rather than litigation;

WHEREAS the parties jointly request that the Court stay all deadlines in this case until July 17, 2026, so that the Parties have additional time to negotiate a possible resolution without incurring unnecessary litigation costs or additional burden on the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all deadlines in this case are stayed. If the parties have not filed a stipulation of dismissal by July 17, 2026, they shall submit a joint status report to the Court.

{02219477;v1 }

-2-

ASHBY & GEDDES

/s/ Andrew C. Mayo

_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiff*

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Daniel A. Taylor

_____
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant*

SO ORDERED this _____ day of June, 2026.

_____
John Frank Murphy
UNITED STATES DISTRICT JUDGE

{02219477;v1 }