IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INMAR BRAND SOLUTIONS, INC.,          )
                                      )
            Plaintiff,                )
                                      )
      v.                              )      C.A. No. 26-52-JFM
                                      )
BIRDZI INC.,                          )      JURY TRIAL DEMANDED
                                      )
            Defendant.                )
                                      )

## STIPULATED ORDER

WHEREAS Plaintiff Inmar Brand Solutions, Inc. and Defendant Birdzi Inc. (collectively, the "Parties") are in discussions to resolve this case;

WHEREAS, the Parties believe a settlement agreement is most likely if they devote their focus on those efforts rather than litigation;

WHEREAS the parties jointly request that the Court extend deadlines in this case 30-days as set forth below so that the Parties have additional time to negotiate a possible resolution without incurring unnecessary litigation costs or additional burden on the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval and Order of the Court, that the deadlines set forth in the Court's May 21, 2026 Order (D.I. 11) are amended as set forth below:

{02219477;v1 }

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| Rule 26(f) conference | June 29, 2026 | July 29, 2026 |
| Rule 26(a) disclosures | July 6, 2026 | August 6, 2026 |
| Opening of Fact Discovery | July 6, 2026 | August 6, 2026 |
| Filing of Rule 26(f) Report and Proposed Scheduling Order | July 13, 2026 | August 13, 2026 |
| Initial Pretrial Videoconference | July 20, 2026 at 11:00 a.m. | August __, 2026 at __:__ _.m. (as convenient for the Court) |

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiff*

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*

_____
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant*

SO ORDERED this _____ day of June, 2026.

_____
John Frank Murphy
UNITED STATES DISTRICT JUDGE

{02219477;v1 }                    -2-