IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INMAR BRAND SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-52-JFM |
| | ) | |
| BIRDZI INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATED ORDER**

WHEREAS Plaintiff Inmar Brand Solutions, Inc. and Defendant Birdzi Inc. (collectively, the "Parties") remain in discussions to resolve this case;

WHEREAS, the Parties believe a settlement agreement is most likely if they continue to devote their focus on those efforts rather than litigation;

WHEREAS the parties jointly request that the Court extend deadlines in this case 30-days as set forth below so that the Parties have additional time to negotiate a possible resolution without incurring unnecessary litigation costs or additional burden on the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval and Order of the Court, that the deadlines set forth in the Court's June 18, 2026 Order (D.I. 17) are amended as set forth below:

{02219477;v1 }

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| Rule 26(f) conference | July 29, 2026 | August 28, 2026 |
| Rule 26(a) disclosures | August 6, 2026 | September 8, 2026 |
| Opening of Fact Discovery | August 6, 2026 | September 8, 2026 |
| Filing of Rule 26(f) Report and Proposed Scheduling Order | August 13, 2026 | September 15, 2026 |
| Initial Pretrial Videoconference | August 20, 2026 at 2:00 p.m. | October 8, 2026 at 2:00 p.m. |

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiff*

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*

Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant*

SO ORDERED this __24th__ day of July, 2026.

John Frank Murphy
UNITED STATES DISTRICT JUDGE