IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INMAR BRAND SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 26-52-JFM |
| v. | ) | |
| | ) | |
| BIRDZI INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**STIPULATED ORDER**

WHEREAS Plaintiff Inmar Brand Solutions, Inc. and Defendant Birdzi Inc. (collectively, the "Parties") remain in discussions to resolve this case;

WHEREAS, the Parties believe a settlement agreement is most likely if they continue to devote their focus on those efforts rather than litigation;

WHEREAS the parties jointly request that the Court extend deadlines in this case 30-days as set forth below so that the Parties have additional time to negotiate a possible resolution without incurring unnecessary litigation costs or additional burden on the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval and Order of the Court, that the deadlines set forth in the Court's June 18, 2026 Order (D.I. 17), as amended (D.I. 20; D.I. 22), are further amended as set forth below:

| **Event** | **Existing Deadline** | **Proposed Deadline** |
|---|---|---|
| Rule 26(f) conference | September 28, 2026 | October 28, 2026 |
| Rule 26(a) disclosures | October 8, 2026 | November 9, 2026 |
| Opening of Fact Discovery | October 8, 2026 | November 9, 2026 |
| Filing of Rule 26(f) Report and Proposed Scheduling Order | October 15, 2026 | November 16, 2026 |
| Initial Pretrial Videoconference | November 9, 2026 at 2:00 p.m. | December __, 2026 at __:__ _.m. (as convenient for the Court) |


ASHBY & GEDDES

*/s/ Jeffrey J. Lyons*

John G. Day (#2403)
Andrew C. Mayo (#5207)
Jeffrey J. Lyons (#6437)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com
jlyons@ashbygeddes.com

*Attorneys for Plaintiff*

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*

Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant*


SO ORDERED this ______ day of September, 2026.

John Frank Murphy
UNITED STATES DISTRICT JUDGE